**James E. BOWMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42215.**

Missouri Court of Appeals,
Western District.

March 13, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1990.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).